**CARMEN A. TRUTANICH**, City Attorney (State Bar #86629x)
**GARY G. GEUSS,** Chief Assistant City Attorney
**CORY M. BRENTE**, Assistant City Attorney
**SUREKHA A. PESSIS**, Deputy City Attorney (State Bar #193206)
600 City Hall East
200 North Main Street
Los Angeles, California 90012-4129
Telephone: (213) 978-7036   Facsimile: (213) 978-8785
Email: *Surekha.Pessis@lacity.org*

Attorneys for Defendants, **CITY OF LOS ANGELES and STEVEN SALAS**

### UNITED STATES DISTRICT COURT

### CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH TIZABI | **CASE NO. CV 09-01368 JFW(PLAx)** |
| Plaintiff, | |
| vs. | **NOTICE OF SETTLEMENT** |
| CITY OF LOS ANGELES, LOS ANGELES POLICE DEPARTMENT, OFFICER SALAS, DOES 1-10 | |
| Defendants. | P.T.C.:        February 19, 2010<br>TRIAL:        February 23, 2010 |

**TO THIS HONORABLE COURT:**

On February 18, 2010, the parties entered into a settlement agreement.

DATED:  February 18, 2010      Respectfully submitted,
**CARMEN A. TRUTANICH**, City Attorney
**GARY G. GEUSS,** Chief Assistant City Attorney
**CORY M. BRENTE**, Assistant City Attorney

By _____ **/S/**_____
**SUREKHA A. PESSIS,** Deputy City Attorney
*Attorneys for Defendants* CITY OF LOS ANGELES, and STEVE SALAS

DATED:  February 18, 2010      Respectfully submitted,
**LAW OFFICES OF JAMES S. MULLER**

By _____ **/S/**_____
**JAMES S. MULLER,** Deputy City Attorney
*Attorneys for Plaintiff* JOSEPH TIZABI