UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.   **CV 09-1368-JFW (PLAx)**                             Dated: **February 19, 2010**

Title:     Joseph Tizabi -v- City of Los Angeles Police Department, et al.

---

PRESENT:

**HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

| Shannon Reilly | Victoria Valine |
| Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:        ATTORNEYS PRESENT FOR DEFENDANTS:

James S. Muller                                        Surekha A Pessis

**PROCEEDINGS:**   **STATUS CONFERENCE**

Case called, and counsel make their appearance.

Counsel advise the Court that the case has settled.

In light of the settlement, all pending Motions in Limine are denied as moot.  The Jury Trial set on February 23, 2010 is hereby vacated.

Initials of Deputy Clerk   sr
0/05