JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Joseph Tizabi,<br><br>            Plaintiff,<br><br>    v.<br><br>City of Los Angeles Police Department, et al.,<br><br>            Defendants. | Case No. **CV 09-1368-JFW (PLAx)**<br><br>**ORDER DISMISSING CIVIL ACTION** |

   THE COURT has been advised by counsel that this action has been settled, or is in the process of being settled.

   IT IS THEREFORE ORDERED that this action is hereby dismissed without prejudice to the right, upon good cause shown within 20 days, to re-open the action if settlement is not consummated.  During this 20 day period, this Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

/ / /

(Rev. 2/15/08)

In the event a motion or *ex parte* application to re-open is not filed within 20 days, the dismissal of this action will be with prejudice.

Dated: February 19, 2010

                                          JOHN F. WALTER
                                          United States District Judge