**CARMEN A. TRUTANICH**, City Attorney (State Bar #86629x)
**GARY G. GEUSS,** Chief Assistant City Attorney (SBN 128022)
**CORY M. BRENTE**, Assistant City Attorney
**SUREKHA A. PESSIS**, Deputy City Attorney (State Bar #193206)     closed
600 City Hall East
200 North Main Street
Los Angeles, California 90012-4129
Telephone: (213) 978-7036   Facsimile: (213) 978-8785
Email: *Surekha.Pessis@lacity.org*

Attorneys for Defendants, **CITY OF LOS ANGELES and STEVEN SALAS**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH TIZABI | CASE NO. CV 09-01368 JFW(PLAx) |
| Plaintiff, | |
| vs. | **ORDER OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE AGAINST ALL DEFENDANTS** |
| CITY OF LOS ANGELES, LOS ANGELES POLICE DEPARTMENT, OFFICER SALAS, DOES 1-10 | |
| Defendants. | |

Based upon the foregoing request of Plaintiff, this Action *Joseph Tizabi v. City of Los Angeles, et al, CV 09-01368 JFW (PLAx)*, is hereby DISMISSED, **ENTIRE ACTION WITH PREJUDICE, as to ALL CAUSES OF ACTIONS AGAINST ALL DEFENDANTS, CITY OF LOS ANGELES AND STEVEN SALAS.**

Dated: **March 2, 2010**          _____
                                   **HONORABLE JOHN F. WALTER**
                                   **UNITED STATES DISTRICT COURT JUDGE**

1